ON RETURN TO REMAND
At our direction, the Circuit Court for Jefferson County conducted a hearing on the question of whether the appellant, Darryl Burns, was advised of his right to appeal from convictions based on his guilty pleas. The court made a finding of fact that he was advised of his right to appeal. That finding is supported by evidence.
Appellant also contends that the sentencing court did not establish a factual basis for each of his pleas. We find that from the indictment itself, which had been read to the appellant, and from the Ireland form signed by him, a sufficient factual basis was established. Accordingly, this case is due to be, and it is hereby, affirmed.
OPINION EXTENDED; AFFIRMED.
All the Judges concur. *Page 110